No. 14–0494/AR. U.S. v. Alfred E. Esposito. CCA 20120125. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 28, 2014.

No. 14–0495/AR. U.S. v. Matthew R. Adams, Jr. CCA 20110503. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 28, 2014.

Friday, April 11, 2014

No. 14-5005/AF. U.S., Appellant v. Lieutenant Colonel Todd E. McDowell, Appellee and Senior Airman Christopher A. Demario, Real Party In Interest. CCA 2013-28. Notice is hereby given that a certificate for review of the decision of the United States Air Force Court of Criminal Appeals was filed under Rule 22 this date on the following issues:

> WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ERRED WHEN IT DENIED THE UNITED STATES' PETITION FOR EXTRAORDINARY RELIEF AND FOUND THE MILITARY JUDGE'S RULINGS DID NOT CONSTITUTE A JUDICIAL USURPATION OF POWER AND WERE NOT CHARACTERISTIC OF AN ERRONEOUS PRACTICE WHICH IS LIKELY TO RECUR.

> WHETHER THIS HONORABLE COURT SHOULD ORDER THE MILITARY JUDGE TO REVERSE HIS DECISIONS TO ORDER AN ORAL DEPOSITION OF B.B. AND TO RE–OPEN THE ARTICLE 32 PRE-TRIAL INVESTIGATION.

